RECEIVED
MAR 31 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
       DEPUTY CLERK

FILED
APR - 2 2020
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
       DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

Michael A. Salazar
**Plaintiff**

V.

Case No. 5:20-cv-00364-JPK-HJB

The United States, et al.
**Defendant**

Complaint IV/1.
_____

See attachments

31 March, 2020

PAGE ONE     COMPLAINT IV/1

Blake A. Hawthorne, Clerk ; In The Supreme Court of Texas ;Clerk of the Supreme of Texas

Keith E. Hottle , Clerk of the Court; Fourth Court of Appeals, San Antonio, Texas

Scott S. Harris, Clerk ; Supreme Court of the United States, Office of the Clerk

The FBI and the three Clerks of the Court violated Statue 18 U.S.C. section 201 and 371 :

Section 201 , (b) offers an understanding of what is an unlawful bribe; "to influence such public official or person who has been selected to be a public official to commit or aid in committing or collude in, or allow, any fraud, or make opportunity for the commission of any fraud, on the United States..

18 U.S.C. 371: Conspiracy to Commit Offence or to defraud United States: "not only is it not necessary for a bribe to actually influence or induce an official

Or illegal act; but, in order to face criminal prosecution, it is not ever necessary for an individual to actually pay a bribe. Under the federal conspiracy statute 18 U.S.C. 371":

Charges for conspiracy to commit bribery under statute 18 U.S.C. 371, three elements must be pursued: (a) an agreement to pay a bribe (b) intent to pay a bribe; and (c) an "overt act" toward payment of a bribe.

If the government succeed each of these three elements from bribery investigation, in due course, the conspiracy members can receive five years in prison even though bribe was not paid.

Who are the guards at the entrance of the Federal Court House and why are they blocking the entrance?  Why their intense questioning?  Why their bullying and surrounding me necessary? Thugs they are!

Why is it necessary to control the Federal Court House and pay bribery money to the staff? The most undignified histrionic behaviour is displayed by staff in what seems to be for FBI money payment and obsequious obedience. It is FBI domain.

What do they have to do with my court case against FBI and Department of Justice? What is their influence at the Federal Court House?

What was FBI influence at the Trial Court Hearing ? What is their influence with the Fourth Court of Appels ? What is their influence at the Office of the Clerk at the Supreme Court of Texas ? And the Office of the Office of the Clerk at the Supreme Court of the United States ? Why the money and Bribery?

What a waste!

And ,finally, what is especially disturbing is the selling of lies concerning me, Michael A. Salazar, to the FBI. The FBI fails to verify and just pays. I am also followed by agents whores whose goal is to inveigle me into silly behaviour with them and follow s the payment by the FBI if there is success.

*[signature]*

31 March 2020